**Fill in this information to identify your case:**

Debtor 1    BRIAN    JAY    EISBERG
<br>First Name    Middle Name    Last Name

Debtor 2    EILEEN    THERESE    EISBERG
<br>(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of California

Case number 20-30215
<br>(If known)

FILED U.S.
<br>MAR 13 2020
<br>U.S. BANKRUPTCY COURT
<br>SANTA ROSA, CA

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2005 Mercury Montebury<br>Line from *Schedule A/B*: _____ | $ 500 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: 2003 Ford Expedition<br>Line from *Schedule A/B*: _____ | $ 250 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: Social Security Benefit<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

**Fill in this information to identify your case:**

Debtor 1    BRIAN JAY EISBERG
            First Name    Middle Name    Last Name

Debtor 2    EILEEN THERESE EISBERG
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of California

Case number    20-30215
(If known)

☐ Check if this is an
  amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** Franchise Tax Board<br>Priority Creditor's Name<br><br>Number    Street<br><br>Sacramento CA<br>City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___<br><br>When was the debt incurred? Various Yrs | $ 48,000 | hus<br>$ 3urr | not<br>$ 3urr |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.2** Department of the Treasury - IRS<br>Priority Creditor's Name<br><br>Number    Street<br><br>Fresno, California<br>City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___<br><br>When was the debt incurred? Various Yrs | $ 500,000 | not<br>$ 3urr | hrs<br>$ 3urr |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1 **BRIAN JAY EISBERG**
First Name    Middle Name    Last Name

Case number (if known) **20-30215**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**Gary and Robyn Saxton**
Priority Creditor's Name

Last 4 digits of account number __ __ __ __     $_____  $_____  $_____

Number     Street

When was the debt incurred? **Late 2019 and Early 2020**

**Los Angeles, CA**
City     State     ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

---

Priority Creditor's Name

Last 4 digits of account number __ __ __ __     $_____  $_____  $_____

Number     Street

When was the debt incurred? _____

City     State     ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

---

Priority Creditor's Name

Last 4 digits of account number __ __ __ __     $_____  $_____  $_____

Number     Street

When was the debt incurred? _____

City     State     ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☐ Yes

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

### 4.1

_____
Nonpriority Creditor's Name

_____

_____   _____
Number       Street

_____
City                          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

### 4.2

_____
Nonpriority Creditor's Name

_____

_____   _____
Number       Street

_____
City                          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

### 4.3

_____
Nonpriority Creditor's Name

_____

_____   _____
Number       Street

_____
City                          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page ___ of ___

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

[ ]

Nonpriority Creditor's Name

Number     Street

City                          State     ZIP Code

**Who incurred the debt? Check one.**

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify_____

$_____

---

[ ]

Nonpriority Creditor's Name

Number     Street

City                          State     ZIP Code

**Who incurred the debt? Check one.**

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify_____

$_____

---

[ ]

Nonpriority Creditor's Name

Number     Street

City                          State     ZIP Code

**Who incurred the debt? Check one.**

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify_____

$_____

---

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Name
_____

Number    Street
_____

_____

City         State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of   (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name
_____

Number    Street
_____

_____

City         State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of   (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name
_____

Number    Street
_____

_____

City         State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of   (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name
_____

Number    Street
_____

_____

City         State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of   (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name
_____

Number    Street
_____

_____

City         State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of   (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name
_____

Number    Street
_____

_____

City         State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of   (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name
_____

Number    Street
_____

_____

City         State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of   (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Case: 20-30215    Doc# 17    Filed: 03/13/20    Entered: 03/13/20 14:40:12    Page 7 of 11

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page ___ of ___

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

6a. **Domestic support obligations**

6a. $ _____0_____

6b. **Taxes and certain other debts you owe the government**

6b. $ _550,106_<   *sum or most is dismissable for GST of debt*

6c. **Claims for death or personal injury while you were intoxicated**

6c. $ _____0_____

6d. **Other.** Add all other priority unsecured claims. Write that amount here.

6d. + $ _____0_____

6e. **Total.** Add lines 6a through 6d.

6e. $ _550,106_

**Total claim**

**Total claims from Part 2**

6f. **Student loans**

6f. $ _____0_____

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**

6g. $ _____0_____

6h. **Debts to pension or profit-sharing plans, and other similar debts**

6h. $ _____0_____

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.

6i. + $ _____0_____

6j. **Total.** Add lines 6f through 6i.

6j. $ _____0_____

Debtor _BRIAN JAY EISBERG_
First Name  Middle Name  Last Name

Debtor 2 _EILEEN THERESS EISBERG_
(Spouse if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: _Northern_ District of _California_

Case number _20-30215_
(if known)

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Name _Gary and Robyn Saxto_ | Mr. and Mrs Saxton are landlords for our current home at 108 Montesolka, Novato, California 94949 |
| Number  Street | |
| City  State  ZIP Code | |
| **2.2** Name | |
| Number  Street | |
| City  State  ZIP Code | |
| **2.3** Name | |
| Number  Street | |
| City  State  ZIP Code | |
| **2.4** Name | |
| Number  Street | |
| City  State  ZIP Code | |
| **2.5** Name | |
| Number  Street | |
| City  State  ZIP Code | |

Official Form 106G                Schedule G: Executory Contracts and Unexpired Leases                page 1 of ___

Debtor 1        *BRIAN JAY ELSBERG*
                First Name      Middle Name        Last Name

Debtor 2        *EILEEN THERESE ELSBERG*
(Spouse, if filing) First Name   Middle Name       Last Name

United States Bankruptcy Court for the: *Northern* District of *California*

Case number  *20-30218*
(if known)

☐ Check if this is an
   amended filing

## Official Form 106H
# Schedule H: Your Codebtors                                           12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☒ Yes. In which community state or territory did you live? *California*. Fill in the name and current address of that person.

      *EILEEN THERESE ELSBERG*
      Name of your spouse, former spouse, or legal equivalent

      *108*   *MONTEGO KEY*
      Number   Street

      *NOVATO*          *CA*      *94949*
      City              State     ZIP Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   **Column 1: Your codebtor**                        **Column 2: The creditor to whom you owe the debt**

                                                      Check all schedules that apply:

   3.1  *NONE*
        Name                                          ☐ Schedule D, line _____
                                                      ☐ Schedule E/F, line _____
        Number      Street                            ☐ Schedule G, line _____

        City               State       ZIP Code

   3.2
        Name                                          ☐ Schedule D, line _____
                                                      ☐ Schedule E/F, line _____
        Number      Street                            ☐ Schedule G, line _____

        City               State       ZIP Code

   3.3
        Name                                          ☐ Schedule D, line _____
                                                      ☐ Schedule E/F, line _____
        Number      Street                            ☐ Schedule G, line _____

        City               State       ZIP Code

Case: 20-30215   Doc# 17   Filed: 03/13/20   Entered: 03/13/20 14:40:12   Page 10 of 11

Debtor 1    BRIAN    JAY    EISBERG
First Name    Middle Name    Last Name

Debtor 2    EILEEN    THERESE    EISBERG
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of California

Case number    20-30215
(If known)

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____
Signature of Debtor 1    Signature of Debtor 2

Date 03/09/2020    Date 03/09/2020
    MM / DD / YYYY    MM / DD / YYYY